IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE BEAGLES,

    Plaintiff,

v.                                                                        Civ. No. 16-506 KG/CG

GEORGE WATKINS, STATE OF NEW MEXICO
WORKFORCE SOLUTIONS, JOEL SAAVEDRA,
AND U.S. DEPARTMENT OF LABOR WAGE
AND HOUR DIVISION,

    Defendants.

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on Defendants Joel Saavedra and the U.S. Department of Labor Wage and Hour Division (DOL)'s Motion to Dismiss and supporting memorandum filed on June 10, 2016. (Docs. 4 and 5).

IT IS ORDERED that

1.     The Motion to Dismiss (Doc. 4) is granted, in part, and denied, in part;

2.     The motion is granted as to Defendant Joel Saavedra;

3.     Defendant Joel Saavedra is dismissed entirely from this matter with prejudice and his name will be stricken from the caption of this case; and

4.     The motion is otherwise denied.

_____
UNITED STATES DISTRICT JUDGE