IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE BEAGLES,

    Plaintiff,

v.                                                                            Civ. No. 16-506 KG/CG

GEORGE WATKINS, STATE OF NEW MEXICO
WORKFORCE SOLUTIONS, JOEL SAAVEDRA,
AND U.S. DEPARTMENT OF LABOR WAGE
AND HOUR DIVISION,

    Defendants.

## SUMMARY JUDGMENT

This matter is before the Court on Defendant New Mexico Department of Workforce Solutions (NMDWS)'s Motion for Summary Judgment and supporting memorandum, filed January 17, 2017. (Docs. 18 and 20).

IT IS ORDERED that

1.     Defendant New Mexico Department of Workforce Solutions' Motion for Summary Judgment (Doc. 18) is granted;

2.     Summary judgment is entered in favor of Defendant New Mexico Department of Workforce Solutions; and

3.     Defendant New Mexico Department of Workforce Solutions is dismissed entirely from this matter and its name will be stricken from the caption of this case.

_____
UNITED STATES DISTRICT JUDGE