**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDDIE BEAGLES,

    Plaintiff,

v.                                                     CV No. 16-506 KG/CG

U.S. DEPARTMENT OF LABOR
WAGE AND HOUR DIVISION,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)    Plaintiff shall file a Motion for Summary Judgment with Supporting Memorandum on or before **October 25, 2018;**

(2)    Defendant shall file a Response to Plaintiff's Motion for Summary Judgment, and may file a cross Motion for Summary Judgment on or before **November 8, 2018;**

(3)    Plaintiff may file a Reply to his Motion for Summary Judgment and a Response to Defendant's Motion for Summary Judgment on or before **November 26, 2018;** and

(4)    Defendant may file a Reply to its Motion for Summary Judgment on or before **December 10, 2018.**

All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE