**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDDIE BEAGLES,

    Plaintiff,

v.                                              CV No. 16-506 KG/CG

U.S. DEPARTMENT OF LABOR
WAGE AND HOUR DIVISION, et al.

    Defendants.

### SECOND ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court on the parties' second *Stipulated Motion for Extension of Time to File Reply*, (Doc. 38), filed December 7, 2018. The Court, having reviewed the motion and being otherwise fully advised, finds that the motion is well-taken and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Reply is due to the Court on or before **December 21, 2018** and Defendant's Reply is due to the Court on or before **January 11, 2019**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE